IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TIFFANY POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv406-MHT |
| | ) | (WO) |
| BOBBY HUTSON and | ) | |
| ENTERPRISE LEASING COMPANY | ) | |
| SOUTH CENTRAL, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that plaintiff Tiffany Powell's motion to dismiss (doc. no. 38) is granted and that Counts III, IV, V, VII, VIII, IX, X, and XI are dismissed.

DONE, this the 20th day of July, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE