IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TIFFANY POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv406-MHT |
| | ) | (WO) |
| BOBBY HUTSON and | ) | |
| ENTERPRISE LEASING COMPANY | ) | |
| SOUTH CENTRAL, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Based on the representations made on the record on August 17, 2015, it is ORDERED as follows:

(1) Defendants' motion to continue, orally made on August 17, 2015, is granted; and

(2) The nonjury trial of this case, now set for August 21, 2015, is reset for October 5, 2015, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

It is further ORDERED that, if any party desires to use videoconferencing for any expert witness, that party must make <u>final arrangements</u> with the Clerk of the Court, Debra P. Hackett, by no later than September 11, 2015.

DONE, this the 17th day of August, 2015.

<u>  /s/ Myron H. Thompson  </u>
**UNITED STATES DISTRICT JUDGE**