IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |   |
|---|---|---|
| TIFFANY POWELL, | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv406-MHT |
| | ) | (WO) |
| BOBBY HUTSON and | ) | |
| ENTERPRISE LEASING COMPANY | ) | |
| SOUTH CENTRAL, L.L.C., | ) | |
| | ) | |
|   Defendants. | ) | |

### ORDER

Upon consideration of the parties' objections (doc. nos. 7, 8, 9, 18, 19, 24, 27, 28, 29, 41, & 42), it is ORDERED that counsel for all parties are to do the following:

(1) Meet, in person, by no later than August 24, 2015, to attempt to resolve ALL of the above objections; and

(2) File a jointly prepared report by August 31, 2015, (a) as to which issues in the objections are

resolved and which ones remain unresolved and (b), for each and every unresolved issue, setting forth in detail the position of each side.

DONE, this the 18th day of August, 2015.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**