IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **TIFFANY POWELL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION NO.** |
| v. | ) | **2:14cv406-MHT** |
| | ) | **(WO)** |
| **BOBBY HUTSON and** | ) | |
| **ENTERPRISE LEASING COMPANY** | ) | |
| **SOUTH CENTRAL, L.L.C.,** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Based on the representations made on the record on August 26, 2015, it is ORDERED that the objections (doc. nos. 41 and 42 (¶¶ 1 & 3)) are overruled, with leave to renew at trial.  At that time, the court will have had an opportunity to consider the objections in full context, that is, in light of the factual evidence as well as after having read the entire depositions.

DONE, this the 28th day of August, 2015.

                                         /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**